IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH SIMS, III,

        Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO, et. al.,

        Defendants.
                                     /

No. C 14-00576 SI

**ORDER GRANTING DEFENDANT JACK SULLIVAN'S MOTION TO DISMISS**

On April 28, 2014, defendant Jack Sullivan filed a motion to dismiss all of plaintiff's causes of action against him for failure to state a claim. Docket No. 21. A hearing on the motion is currently scheduled for Friday, June 13, 2014 at 9:00 a.m. On May 11, 2014, pro se plaintiff Joseph Sims, III filed a non-opposition, stating that he does not oppose defendant's motion to dismiss defendant Jack Sullivan from this lawsuit. Docket No. 25.

Accordingly, the Court vacates the hearing on June 13, 1014; GRANTS defendant Jack Sullivan's motion to dismiss; and DISMISSES him from this action. The action will proceed against the remaining defendants.

**IT IS SO ORDERED.**

Dated: May 19, 2014

                                                        SUSAN ILLSTON
                                                        United States District Judge