| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar #83788<br>Chief Labor Attorney |
| 3 | ANDREW GSCHWIND, State Bar #231700<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, Fifth Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:    (415) 554-3800 |
| 6 | Facsimile:    (415) 554-4248 |
| 7 | Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

JOSEPH SIMS, III
P.O. Box 12465
San Francisco, CA  94112
(415) 685-5913

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SIMS, III,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, PAUL RENZI, PHIL GALLI, JOEL PRIMES, JOHN SHEEHAN AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendant(s). | Case No. C 14-00576 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties, Plaintiff Joseph Sims, III ("Plaintiff"), for himself, and Defendants City and County of San Francisco, Renzi, Galli, Primes and Sheehan ("Defendants"), by and through their counsel, hereby stipulate and respectfully request that the Court continue the Case Management Conference from June 13, 2014 to July 11, 2014.

The reason for this request is that defense counsel had scheduled a vacation that includes June

1  13, 2014 prior to the Court continuing the CMC in this action to June 13, 2014.

Dated:  May 23, 2014

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
ANDREW GSCHWIND
Deputy City Attorney

By:_____/s./_____
         ANDREW GSCHWIND
Attorneys for Defendant

Dated: May 23, 2014

Respectfully submitted,

By:_____/s./_____
         JOSEPH SIMS, III[1]
Plaintiff *in pro per*

## [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the Court hereby continues the initial case management conference in this action from June 13, 2014 to July 11, 2014 [or _____, 2014] at 2:30 p.m. [or _____ a.m./p.m.]

SO ORDERED.

Date:  6/2/14

SUSAN ILLSTON
United States District Judge

---

[1] Per General Order 45, section X.B., defense counsel hereby attests that he has obtained the concurrence, consent and authorization of Plaintiff to file this document on his behalf.