IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH SIMS III,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant.
                              /

No. C 14-00576 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS: 3/23/15; REBUTTAL: 4/6/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 30, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by February 6, 2015;

    Opp. Due February 20, 2015; Reply Due February 27, 2015;

    and set for hearing no later than March 13, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 2, 2015, 2015 at 3:30 PM.

JURY TRIAL DATE: June 16, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court shall appoint an attorney to represent the plaintiff during the settlement conference. Once, the appointment is made counsel shall participate in a further settlement conference with Magistrate-Judge Beeler.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/19/14

                                                  SUSAN ILLSTON
                                                  United States District Judge