UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH SIMS,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 14-cv-00576-SI

**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS**

Re: Dkt. No. 59

Plaintiff's motion for sanctions is currently scheduled for argument on March 20, 2015. Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument and hereby VACATES the hearing. An order will issue presently.

**IT IS SO ORDERED.**

Dated: March 16, 2015

SUSAN ILLSTON
United States District Judge