UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SIMS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 3:14-cv-00576-SI<br><br>**JUDGMENT** |

Defendants' motion for summary judgment has been granted.  Accordingly, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 25, 2015

_____

SUSAN ILLSTON
United States District Judge